BARTON BARTON & PLOTKIN LLP
420 Lexington Avenue
New York, NY 10170
(212) 687-6262
*Attorneys for Plaintiffs*
Kyle C. Bisceglie (KB 6052)
Howard J. Smith (HS 3556)



RECEIVED AUG 06 2007 U.S.D.C. S.D.N.Y. CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE MARRERO

07 CIV 7029

MARVEL ENTERPRISES, INC. and MARVEL CHARACTERS, INC.

    Plaintiffs,

-against-

NAKI INTERNATIONAL and NAKI WORLD, INC.

    Defendants.

Index No.

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs, MARVEL ENTERPRISES, INC. (a private non-governmental party) and MARVEL CHARACTERS, INC., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

Plaintiff Marvel Enterprises, Inc. is a publicly held company on the New York Stock Exchange traded under the stock symbol "MVL." There are no publicly traded parents, affiliates and/or subsidiaries.

Plaintiff Marvel Characters, Inc. has no publicly traded parents, affiliates and/or subsidiaries besides Marvel Enterprises, Inc.

Dated: August 6, 2007
      New York, New York

BARTON BARTON & PLOTKIN LLP

_____
By: Kyle C. Bisceglie, Esq. (KB 6052)
Howard J. Smith, III, Esq. (HS 3556)
Attorneys for Plaintiff
420 Lexington Avenue, 18th Fl.
New York, NY 10170