FROM : Panasonic FAX SYSTEM    PHONE NO. :    Oct. 03 2007 01:14PM P10

APPENDIX C TO
SETTLEMENT AGREEMENT

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08
```

MARVEL ENTERPRISES, INC. and MARVEL CHARACTERS, INC.

    Plaintiffs,

-against-

NAKI INTERNATIONAL and NAKI WORLD, INC.

    Defendants.

File No. 07 CV 7029

Hon. Victor Marrero

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between the undersigned, the attorneys for the parties in the above entitled action, that all claims in this action against the defendant, Naki World, Inc., are dismissed with prejudice and without costs to either party as against the other.

This stipulation may be filed with the Clerk of the Court, without further notice to the parties hereof.

Dated: New York, New York
      September __, 2007

BARTON BARTON & PLOTKIN LLP

_____
Kyle C. Bisceglie, Esq. (KB 6052)
Howard J. Smith, Esq. (HS 3556)
*Attorneys for Plaintiffs*
420 Lexington Avenue, 18th Fl.
New York, NY 10170
(212) 687-6262

LAW OFFICES OF JEROME EDELMAN

_____
Jerry Edelman, Esq. (JE   )
*Attorney for Naki World, Inc.*
17671 Irvine Blvd., Ste. 220
Tustin, CA 92780

SO ORDERED: The Clerk of Court is directed to close this case.

1-22-08
DATE    VICTOR MARRERO, U.S.D.J.