USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-09

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MARVEL ENTERPRISE, INC.,            :
                                    :      07 Civ. 7029 (VM)
                Plaintiff,          :
                                    :
     -against-                      :         ORDER
                                    :
NAKI INTERNATIONAL et al.,          :
                                    :
                Defendants.         :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Order dated January 17, 2008 the Court noted that although the complaint herein was filed on August 6, 2007, no service of process had been made on any defendant and directed plaintiff to inform the Court by January 25, 2008 of the status of this matter and plaintiff's contemplation with the respect to further proceedings in this case. The Court warned that in the event no timely response to this Order was received, the Court may dismiss the action pursuant to Federal Rule of Procedure 4(m) for lack of prosecution. The Court's public file for this case contains no record that such service has been made, although a stipulation of dismissal was filed on January 22, 2008 as to defendant Naki World, Inc. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to dismiss the complaint herein and to close this case, provided that within ten (10) days of the date of this Order plaintiff may petition the Court, for good cause shown, to reinstate the action to the Court's

active docket.

**SO ORDERED.**

Dated:    New York, New York
          9 April 2008

                                            VICTOR MARRERO
                                              U.S.D.J.